Orange Risdon the above petitioner being duly sworn says that the facts set forth in the above petition are true.

Sworn this 17. January 1829 }
before me in open Court }
   JOHN WINDER Clk. }

ORANGE RISDON

---

*In the Matter of O Risdon*   Petitioner &c   Return filed Feb 13 1829

Detroit 12th Feby 1829 —

ROBERT ABBOTT
Treas. of Michigan

---

*In the Matter of O Risdon petitioner &c as Commissioner*
Filed in open Court   Feb. 13. 1829

Sup. Court

*In the matter of* }
*Orange Risdon* }   On petition &c

And now the said Orange Risdon, by Cole & Porter his attornies, comes & excepts to the return of Robert Abbott Esquire Treasurer &c, because he says, that it ap-

pears therefrom, that the said Treasurer disallowed your petitioners claim as commissioner amounting to $45.—

And your petitioner's claim as Surveyor etc, amounting to $306.$\frac{70}{100}$ — both of which claims, your petitioner insists ought of right to have been allowed—